LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
S.J., A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM, JASMINE HAMILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.J., a minor, by and through his Guardian ad Litem, JASMINE HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>ALBANY UNIFIED SCHOOL DISTRICT, a public entity, MELISA PFOHL, an individual, ANNA MANSKER, an individual, ANNA ALVARADO, an individual, VAHIDEH VAHDATINIA, an individual and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 3:20-cv-06414<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Khaldoun A. Baghdadi, Esq. of Walkup, Melodia, Kelly & Schoenberger hereby appears as co-counsel for plaintiff S.J., a minor, by and through his Guardian ad Litem, JASMINE HAMILTON in the above-captioned matter. Mr. Baghdadi's contact information is below:

Khaldoun A. Baghdadi, Esq.
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108
Phone: (415) 981-7210

1
NOTICE OF ATTORNEY APPEARANCE - CASE NO. 3:20-cv-06414

Fax: (415) 391-6965
Email: kbaghdadi@walkuplawoffice.com; lconnors@walkuplawoffice.com

Please serve copies of all notices and documents issued by the Court and filed by the parties upon Mr. Baghdadi.

Dated: September 14, 2020        WALKUP, MELODIA, KELLY & SCHOENBERGER

By:    /s/ Khaldoun A. Baghdadi
     KHALDOUN A. BAGHDADI
     VALERIE N. ROSE
     Attorneys for Plaintiff
     S.J., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, JASMINE HAMILTON

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
NOTICE OF ATTORNEY APPEARANCE - CASE NO. 3:20-cv-06414