UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.J.,<br><br>          Plaintiff,<br><br>     v.<br><br>ALBANY UNIFIED SCHOOL DISTRICT, et al.,<br><br>          Defendants. | Case No. 20-cv-06414-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On February 22, 2022, the Court held a case management conference, where Plaintiff did not appear. (*See* Dkt. No. 66.)

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than March 1, 2022, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: February 22, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge